```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12441
   JAMIE B JEWITT
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8263

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/12/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 02/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG        .00               .00              .00
AMC MORTGAGE SERVICES      NOTICE ONLY    NOT FILED               .00              .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE     5771.95              .00              .00
EMC MORTGAGE CORPORATION   CURRENT MORTG        .00               .00              .00
EMC MORTGAGE CORPORATION   MORTGAGE ARRE        .00               .00              .00
EMC MORTGAGE               NOTICE ONLY    NOT FILED               .00              .00
EMC MORTGAGE               NOTICE ONLY    NOT FILED               .00              .00
WINDSOR WOODS CONDO ASSO   NOTICE ONLY    NOT FILED               .00              .00
WINDSOR WOODS CONDO ASSO   MORTGAGE ARRE        .00               .00              .00
B-REAL LLC                 UNSECURED         3045.17              .00              .00
CNTRL B& T                 UNSECURED       NOT FILED              .00              .00
COMMONWEALTH EDISON        UNSECURED          135.01              .00              .00
COMMONWEALTH EDISON        NOTICE ONLY    NOT FILED               .00              .00
ROUNDUP FUNDING LLC        UNSECURED         1387.66              .00              .00
ECAST SETTLEMENT CORP      UNSECURED         6793.20              .00              .00
SNAP ON CREDIT LLC         UNSECURED          520.46              .00              .00
VILLAGE OF PALATINE        UNSECURED          180.00              .00              .00
VILLAGE OF PALATINE        UNSECURED      NOT FILED               .00              .00
VILLAGE OF PALATINE        UNSECURED      NOT FILED               .00              .00
SNAP ON CREDIT LLC         SECURED            800.00            17.80           800.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      3,500.00                            492.60
TOM VAUGHN                 TRUSTEE                                               89.60
DEBTOR REFUND              REFUND                                                  .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,400.00

PRIORITY                                              .00
SECURED                                            800.00

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12441 JAMIE B JEWITT
```

```
     INTEREST                                                   17.80
UNSECURED                                                         .00
ADMINISTRATIVE                                                  492.60
TRUSTEE COMPENSATION                                             89.60
DEBTOR REFUND                                                     .00
                                    ---------------     ---------------
TOTALS                                     1,400.00            1,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                                       /s/ Tom Vaughn

Dated: 05/23/08                      _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE